UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

PHILLIP RODRIGUEZ,

               Defendant.

No. CR-06-2070-FVS

ORDER OF DISMISSAL

**IT IS HEREBY ORDERED:**

    Pursuant to the Plea Agreement in CR-06-2097-FVS, the Indictment in this case is dismissed.

    **IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

    **DATED** this   6th   day of November, 2006.

               s/ Fred Van Sickle
               Fred Van Sickle
           United States District Judge

ORDER OF DISMISSAL- 1